UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

L.M., *individually and on behalf of C.M.*,

        Plaintiffs,

  -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/26/2023
```

22-CV-9478 (JHR) (BCM)

**ORDER REGARDING GENERAL PRETRIAL MANAGEMENT**

**BARBARA MOSES, United States Magistrate Judge.**

      The above-referenced action has been referred to Magistrate Judge Barbara Moses for general pretrial management, including scheduling, non-dispositive pretrial motions, and settlement, and for report and recommendation on dispositive motions, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All pretrial motions and applications, including those related to scheduling, must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

      1.    Requests to adjourn a court conference or other court proceeding (including a telephonic court conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

      2.    In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

2

3. Per the District Judge's order dated January 10, 2023 (Dkt. 16), defendant's deadline to answer or otherwise respond to the Complaint remains **February 6, 2023**.

The Court will hold an initial case management and scheduling conference on **February 14, 2023**, **at 11:00 a.m.**, in Courtroom 20A of the Daniel Patrick Moynihan United States Courthouse at 500 Pearl Street, New York, NY 10007. Lead counsel are required to attend. The parties should be prepared to discuss both the schedule for and the substance of the summary judgment (or other dispositive) motion(s) contemplated by the parties.

Dated: New York, New York
       January 26, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**