

| HON. SYLVIA O. HINDS-RADIX<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | THOMAS LINDEMAN<br>Tel.: (212) 356-0418<br>tlindema@law.nyc.gov |
|---|---|---|

**MEMO ENDORSED**

February 9, 2023

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/10/2023
```

<u>VIA ECF</u>
Hon. Barbara C. Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *L.M. et al v. New York City Dep't of Educ.*, 22-cv-9478(JHR)(BCM)

Dear Magistrate Judge Moses:

    I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in this action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

    I write to request that the initial case management and scheduling conference currently scheduled for February 14, 2023 in this matter be adjourned *sine die*. Plaintiffs consent to this request. This is a simple fees dispute. This matter will not require discovery or motion practice beyond Plaintiff's fees motion.

    In lieu of a conference, the parties respectfully propose the following briefing schedule:

- Plaintiffs' fees motion due March 24, 2023
- Defendant's opposition due April 24, 2023
- Plaintiffs' reply, if any, due May 19, 2023

    Thank you for considering this submission.

Respectfully submitted,

/s/
Thomas Lindeman
Special Assistant Corporation Counsel

---

The initial case management and scheduling conference before Judge Moses will be held telephonically. The parties shall dial (888) 557-8511 and enter the access code 7746387 a few minutes before the scheduled time. SO ORDERED.

*/s/ Barbara Moses*
Barbara Moses
United States Magistrate Judge
February 10, 2023