```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

L.M., *individually and on behalf of C.M.*,

        Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/14/2023

22-CV-9478 (JHR) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    For the reasons discussed during today's telephonic conference, it is hereby ORDERED that:

    1.    On or before **March 15, 2023**, the parties shall meet and confer in good faith and in real time (*e.g.*, in person, by telephone, etc.) concerning settlement. Prior to the meeting, the parties shall exchange all information reasonably necessary to assist them in reaching a resolution.

    2.    No later than the close of business on **March 15, 2023**, the parties shall file a joint letter confirming that they have complied with this Order and advising the Court whether they reached a settlement.

    3.    If the parties proceed to summary judgment, plaintiffs' motion papers shall be filed no later than **April 21, 2023**; defendant's opposition papers shall be filed no later than **May 26, 2023**; and plaintiffs' reply papers, if any, shall be filed no later than **June 16, 2023**.

Dated: New York, New York
       February 14, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**